# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FREDRICK SCHRUBY**              :        **CIVIL ACTION**
               :
    **v.**                     :
               :
**THE HOME DEPOT, INC., d/b/a**   :
**Interline Brands**              :        **NO. 18-2477**

## ORDER

**NOW**, this 1st day of October, 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED** with prejudice pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

                                      /s/ Timothy J. Savage
                                      TIMOTHY J. SAVAGE, J.